OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| IN RE:<br>WALLACE W BLUEEYES<br>TRUDY A BLUEEYES<br><br>Debtors | CASE NO: 09-27716<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on October 15, 2009, and the bar date for filing claims in this case has now expired. As stated in the confirmation order, the Trustee will only disburse on allowed claims for which a proof of claim has been filed. If the plan provides for a claim, but no timely proof of claim has been filed, the Trustee will not disburse on that claim. Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and a description of how such claims will be administered by the Chapter 13 Trustee under the confirmed plan.

*ABSENT A TIMELY FILED WRITTEN OBJECTION, THE TRUSTEE WILL ADMINISTER CLAIMS PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A*

Any objection to the Trustee's Report of Claims must be (1) in writing; (2) filed with the bankruptcy court within 30 days after the date of service set forth below; and (3) noticed for a hearing to be held 30 days after filing such objection. In the aternative, the debtor or the Trustee may file an objection to the treatment of a proof of claim listed on Exhibit A which must be accompanied by a notice of hearing on such objection. If no objections are filed within such 30-day period, the Trustee's Report of Claims will be deemed final and will be incorporated into the confirmation order and will control, subject to subsequent modification by court order, as to all disbursements made by the Chapter 13 Trustee.

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Report of Claims was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on 05/26/2010:

_/s/_____
Employee of Chapter 13 Trustee

*Printed by: Jessica*

## Exhibit "A"

Debtor(s): WALLACE W BLUEEYES and TRUDY A BLUEEYES
1214 W 4700 S APT 1, OGDEN, UT 84405

Case No: 09-27716
Bar Date: 12/2/09

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 7 | **America First Credit Union**<br>1344 West 4675 South<br>P.O. Box 9199<br>Ogden, UT 84409-0199 | UNSECURED<br>LOAN<br>2719390<br>*Funds will be DISBURSED* | $4,916.42 | $0.00 | Pro Rata | 0.00 |
| 13 | **CHECKNET INC/EPN INC**<br>746 E 1910 S #3<br>PROVO, UT 84606 | UNSECURED<br>PNG FIRE<br>BLUEEYES<br>*Funds will be DISBURSED* | $3,128.19 | $0.00 | Pro Rata | 0.00 |
|  | **E. KENT WINWARD**<br>ECF NOTIFICATION | ATTORNEY FEE<br><br>*Funds will be DISBURSED* | $2,750.00 | $0.00 | Pro Rata | 0.00 |
| 4 | **EXPRESS RECOVERY SERVICES INC.**<br>P.O. BOX 26415<br>SALT LAKE CITY, UT 84126 | UNSECURED<br>GOODS/SERVICES<br>2686849<br>*Funds will be DISBURSED* | $733.48 | $0.00 | Pro Rata | 0.00 |
| 9 | **INTERMOUNTAIN HEALTHCARE**<br>PO BOX 27808<br>SALT LAKE CITY, UT 84127-0808 | UNSECURED<br>SERVICES<br>20842400<br>*Funds will be DISBURSED* | $5,049.38 | $0.00 | Pro Rata | 0.00 |
| 8 | **MIDLAND CREDIT MANAGEMENT**<br>8875 AERO DRIVE, #200<br>SAN DIEGO, CA 92123-2251 | UNSECURED<br>ASPIRE VISA<br>3341 453074<br>*Funds will be DISBURSED* | $1,111.35 | $0.00 | Pro Rata | 0.00 |
| 5 | **North Star Capital Acquisition LLC**<br>C/O Jefferson Capital Systems LLC<br>PO Box 23051<br>Columbus, GA 31902-3051 | UNSECURED<br>CAPITAL ONE<br>1431<br>*Funds will be DISBURSED* | $1,482.04 | $0.00 | Pro Rata | 0.00 |
| 10 | **Outsource Receivables**<br>Attn: Bankruptcy Dept<br>Po Box 166<br>Ogden, UT 84402 | UNSECURED<br>SERVICES<br>87413<br>*Funds will be DISBURSED* | $249.04 | $0.00 | Pro Rata | 0.00 |
| 2 | **PRA RECEIVABLES MANAGEMENT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | UNSECURED<br>CREDIT CARD<br>0425<br>*Funds will be DISBURSED* | $1,424.36 | $0.00 | Pro Rata | 0.00 |
| 1 | **Prestige Financial Svc**<br>P O Box 26707<br>Salt Lake City, UT 84126 | VEHICLE SECD (PERMO level 17)<br>99 GMC SUBURBAN / PV=$7250 @<br>8167<br>*Funds will be DISBURSED* | $7,250.00 | $7,250.00 | $75.00 | 6.00 |
| 1 | **Prestige Financial Svc**<br>P O Box 26707<br>Salt Lake City, UT 84126 | UNSECURED<br>Split Claim<br><br>*Funds will be DISBURSED* | $2,885.88 | $0.00 | Pro Rata | 0.00 |
| 12 | **SECURITY FINANCE**<br>PO BOX 1893<br>SPARTANBURG, SC 29304-1893 | UNSECURED<br>LOAN<br>15884816 15885101 | $559.45 | $0.00 | Pro Rata | 0.00 |

*Case No: 0927716*

*Trustee's Report of Claims*  *Page: 2*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Funds will be DISBURSED* | | | | |
| 11 | **SECURITY FINANCE**<br>PO BOX 1893<br>SPARTANBURG, SC  29304-1893 | UNSECURED<br>LOAN<br>097127589 097127762<br>*Funds will be DISBURSED* | $416.70 | $0.00 | Pro Rata | 0.00 |
| 6 | **Tridentasset.com**<br>5755 NORTHPOINT PKWY STE 12<br>ALAPHARETTA, GA  30022-1142 | UNSECURED<br>GOODS SOLD<br>9003596126<br>*Funds will be DISBURSED* | $1,762.58 | $0.00 | Pro Rata | 0.00 |
| 3 | **UTAH STATE TAX COMMISSION**<br>ECF NOTIFICATION | PRIORITY (NO unsecd. interest)<br>PRI ASSESSED TAX<br>5490<br>*Funds will be DISBURSED* | $575.15 | $0.00 | Pro Rata | 0.00 |